**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 474 EAL 2017
                                               :

          Respondent           :

                                            :   Petition for Allowance of Appeal from
                                          :   the Order of the Superior Court
          v.                    :

                                               :

                                               :

MATTHEW CORDERO,                 :

                                               :

          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.